# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

BRENT DAVID SAVOIE & AMY
DIECIDUE SAVOIE

NO.   2023 CW 0628

VERSUS

OUR LADY OF LOURDES ROMAN
CATHOLIC CHURCH, CERTAIN
UNDERWRITERS AT LLOYD'S AND
AMERICAN ALTERNATIVE
INSURANCE CORPORATION

**AUGUST 14, 2023**

---

In Re:   Brent David Savoie & Amy Diecidue Savoie, applying for
supervisory writs, 19th Judicial District Court,
Parish of East Baton Rouge, No. 720290.

---

**BEFORE:   McCLENDON, HESTER, AND MILLER, JJ.**

   **WRIT DENIED.**

PMc
CHH

   **Miller, J.**, dissents and would grant the writ and make the
documents and information, which the respondent produced to the
trial court for *in camera* inspection, available to the relators,
under the trial court's supervision and with further
restrictions on disclosure.

COURT OF APPEAL, FIRST CIRCUIT

a.SnD
_____
DEPUTY CLERK OF COURT
FOR THE COURT